991 A.2d 212

IN THE MATTER OF JEFFERY L. KRAIN,
AN ATTORNEY AT LAW.

January 27, 2010.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JEFFERY L. KRAIN** of **BRIGANTINE,** who was admitted to the bar of this State in 1978, and who was suspended from the practice of law for a period of one year effective November 18, 2008, by Order of this Court filed December 4, 2009, be restored to the practice of law, effective immediately.